Robert D. Rodriguez, Esq. SBN 242396
LAW OFFICES OF ROBERT D. RODRIGUEZ
429 13th Street
Modesto, California 95354
(209) 569-4263 Telephone
(800) 567-9316 Facsimile

Attorney for Plaintiffs,
MICHAEL J. SHELBY, GLENDA M. SHELBY

## UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. SHELBY, GLENDA M. SHELBY,<br><br>    Plaintiffs,<br><br>vs.<br><br>OCWEN LOAN SERVICING, LLC, a limited liability company, WESTERN PROGRESSIVE, LLC, a limited liability company, GREAT WESTERN BANK, a corporation, and all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the Properties adverse to Plaintiff's title, or any cloud on Plaintiff's title to the Properties, and Does 1 through 100, inclusive,<br><br>    Defendants. | CASE NO: 2:14-cv-02844-TLN-DAD<br><br>**APPLICATION FOR TEMORARY RESTRAINING ORDER** |

Plaintiffs MICHAEL J. SHELBY and GLENDA M. SHELBY apply ex parte for a temporary restraining order preventing Defendants OCWEN LOAN SERVICING, LLC, WESTERN PROGRESSIVE, LLC, GREAT WESTERN BANK, and its agents, servants,

1
_____
APPLICATION FOR TEMPORARY RESTRAINING ORDER

and employees, from foreclosing on the Subject Property located at 1760 New Horizons Drive, Manteca California, 95336, currently scheduled for **Monday December 22, 2014.**

Pursuant to local Rule, concurrently filed are a declaration of irreparable injury, a memorandum of law in this matter, a declaration of diligence in bringing this issue to the court's attention and diligence in providing the adverse party with notice of this proceeding, and two proposed orders – one which states the relief sought and one which provides for dates and time of hearing on a preliminary injunction.

Plaintiffs respectfully request that this court grant the temporary restraining order preventing any foreclosure sale on their home at 1760 New Horizons Drive, Manteca California, 95336, County of San Joaquin, State of California, APN 208-320-11, within this judicial district.

Plaintiffs further request that no bond issue, as Defendants will suffer no harm if the foreclosure is postponed.

Plaintiffs further request an order to show cause why a preliminary injunction should not be granted enjoining Defendants, and each of them, and its agents, servants, and employees, from performing the above described act(s) during the pendency of this action.

This application is made on the grounds that it appears by the complaint that the plaintiffs are entitled to the relief demanded, and the relief, or any part thereof, consists in restraining the commission or continuance of the act complained of, a TRUSTEE'S SALE, either for a limited period or perpetually, it would be extremely difficult to ascertain the amount of compensation which would afford adequate relief, the restraint is necessary to prevent a multiplicity of judicial proceedings, and on the further ground that great and/or

irreparable injury will result to plaintiff before the matter can be heard on notice. If the Plaintiff's home is sold at a trustee's sale, according to current case law, they may be evicted and may never be able to lawfully get out of foreclosure to save their home.

Plaintiffs have previously applied to a judicial officer for similar relief, and a TRO was granted on December 1, 2014 in the City of Stockton, County of San Joaquin, State of California, by the Honorable Roger Ross.

This application is based on the complaint on file in this case, and on the declarations of Plaintiffs MICHAEL J. SHELBY and GLENDA M. SHELBY, the memorandum of law, filed concurrently.

DATED: December 18, 2014        LAW OFFICE OF ROBERT D. RODRIGUEZ,

*/s/ Robert D. Rodriguez*

By: _____

Robert D. Rodriguez, Attorney for Plaintiffs,
MICHAEL J. SHELBY, GLENDA M. SHELBY