WRIGHT, FINLAY & ZAK, LLP
T. Robert Finlay, Esq. (SBN 167280)
Lukasz I. Wozniak, Esq. (SBN 246329)
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
Tel: (949) 477-5050; Fax: (949) 477-9200
Email: lwozniak@wrightlegal.net

Attorneys for Defendants,
OCWEN LOAN SERVICING, LLC and WESTERN PROGRESSIVE, LLC

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. SHELBY, GLENDA M. SHELBY,<br><br>    Plaintiffs,<br>  vs.<br><br>OCWEN LOAN SERVICING, LLC, a limited liability company, WESTERN PROGRESSIVE, LLC, a limited liability company, GREAT WESTERN BANK, a corporation, and all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the Properties adverse to Plaintiff's title to the Properties; and Does 1 through 100, inclusive<br><br>    Defendants. | Case No.: 2:14-cv-02844-TLN-DAD<br><br>Assigned to: Hon. Troy L. Nunley<br><br>**JUDGMENT** |

JUDGMENT

On August 24, 2015, the Court issued its Order on defendants OCWEN LOAN SERVICING, LLC and WESTERN PROGRESSIVE, LLC's (collectively, "Defendants") motion to dismiss plaintiffs MICHAEL J. SHELBY and GLENDA M. SHELBY's ("Plaintiff") complaint pursuant to Fed. R. Civ. Proc. 12(b)(6) [Docket No. 51.] The Court granted Defendants' motions to dismiss, permitting Plaintiffs to file an Amended Complaint within 14 days from the date of the issuance of Order.

Plaintiff has failed to file an Amended Complaint and, accordingly, pursuant to the Court's Order, and good cause appearing therefor:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

Plaintiff's entire action against is DISMISSED with prejudice. This is a final judgment.

Dated: September 16, 2015

_____
Troy L. Nunley
United States District Judge

Presented by:

WRIGHT, FINLAY & ZAK, LLP


/s/ Lukasz I. Wozniak
T. Robert Finlay, Esq.,
Lukasz I. Wozniak, Esq.,
Attorneys for Defendants,
OCWEN LOAN SERVICING, LLC and
WESTERN PROGRESSIVE, LLC